## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRIAN JAMES HICKS**                                                          **PETITIONER**
*ADC #138964*

**v.**                                   **CASE NO. 4:22-CV-01074-BSM**

**LESLIE RUTLEDGE**                                                        **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 15] is adopted. Brian Hicks's petition is denied and dismissed without prejudice, and a certificate of appealability is denied. Hicks's motions to amend petition [Doc. Nos. 2 & 6], motion for copies [Doc. No. 4], motions to vacate [Doc. Nos. 8 & 11], and motions for summary judgment [Doc. Nos. 10 & 12] are denied as moot.

Additionally, Hicks's latest motion to vacate [Doc. No. 16] is also denied as moot for the same reasons set forth in the recommended disposition.

IT IS SO ORDERED this 15th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE