IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN JAMES HICKS**　　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
*ADC #138964*

v.　　　　　　　　　CASE NO. 4:22-CV-01074-BSM

**LESLIE RUTLEDGE**　　　　　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE